|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | STANLEY A. BOONE |
|   | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

**FILED**

JUL 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:               )   01: 03-SW-3036
                                )   01: 03-SW-3037
1192 NORWEGIAN,                 )   01: 03-SW-3038
MODESTO, CALIFORNIA             )   01: 03-SW-3039
                                )
4205 DYNASTY LANE,              )
MODESTO, CALIFORNIA             )   ORDER TO UNSEAL SEARCH WARRANT
                                )   AFFIDAVIT AND WARRANTS
BANK OF AMERICA SAFE DEPOSIT    )
BOX OF JOHN AND LITSA PAPPAS    )
                                )
UNDERGROUND BOMB SHELTER/ROOM   )
LOCATED ON THE PROPERTY ADDRESS )
OF 1192 NORWEGIAN, MODESTO,     )
CALIFORNIA                      )
                                )
_____)

   The search warrant affidavit in this case having been sealed by Order of this Court in March 2003, and it appearing that the affidavits and warrants are not required to remain secret based upon the motion submitted by the government,

   IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: 7/14/2006                    _____
                                    UNITED STATES MAGISTRATE JUDGE

1